RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Benjamin Chambliss Esq.
Nevada Bar No. 11536
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

ANGEL LEE BOGAN,

Debtor.

BK-S-18-11488-MKN
Chapter 13

Hearing Date: July 12, 2018
Hearing Time: 2:00 p.m.

### TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1307(c)(1), (3) AND (4)

COMES NOW Chapter 13 Bankruptcy Trustee, RICK A. YARNALL, by and through his counsel of record, Benjamin Chambliss Esq., and hereby moves this Honorable Court for an Order dismissing the instant case for unreasonable delay by the debtor that is prejudicial to creditors, failure to timely file a plan and failure to commence payments pursuant to 11 U.S.C § 1307(c)(1), (3) and (4).

11 U.S.C. § 1321 and Fed. R. Bankr. Proc. 3015(b) requires chapter 13 debtors to file a plan within 14 days of filing their petition. Section 1307(c)(3) states that a case may be dismissed for failure to timely file a plan. The Debtor was required to file his plan by April 4, 2018. The Debtor still has not filed his plan.

Further, 11 U.S.C. § 1326(a)(1) requires debtors to commence making plan payments no later than 30 days after the filing of the plan or the order for relief, whichever is earlier. Section 1307(c)(4) states that a case may be dismissed for failure to commence making timely payments under § 1326. In this case, the Debtor should have commenced making his plan payments on April 21, 2018. The Debtor has yet to make a payment.

Also, 11 U.S.C. § 1307(c)(1) states that a case maybe dismissed for unreasonable delay by the debtor that is prejudicial to creditors. The Debtor filed the instant case on March 21, 2018. See Docket No. 1. The Notice of Chapter 13 Bankruptcy Case scheduled the Debtor's § 341 (a) Meeting of Creditors for March 27, 2018. See Docket No. 2. The Debtor failed to appear at his scheduled hearing. Consequently, the hearing was taken off calendar. Further, the Debtor is going on three months in his chapter 13 bankruptcy case and still has not filed a plan, set a plan for confirmation or commenced making plan payments. Trustee asserts that the Debtor's failure to appear at his scheduled § 341 (a) Meeting of Creditors, set a plan for confirmation and commence making plan payments is prejudicial to the Debtor's creditors. Furthermore, the Debtor's creditors are harmed by the delay because the automatic stay is in effect while the Debtor has done nothing to move his case forward. Therefore, Trustee requests the Court to dismiss this instant case based on the foregoing reasons.

WHEREFORE, the Trustee respectfully requests that this Honorable Court issue an Order dismissing the instant case for unreasonable delay for failure to appear at the § 341(a) meeting of creditors hearing, failure to set a plan for confirmation, and failure to commence plan payments pursuant to § 1307(c)(1), (3) and (4).

///

///

1 | DATED this ___1___ day of June, 2018

Submitted by:

*/s/ Benjamin Chambliss*

Benjamin Chambliss Esq.
Nevada Bar No. 11536
701 Bridger Ave., Suite 820
Las Vegas, NV 89101
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

1 | [PROPOSED ORDER]

RICK A YARNALL  
Chapter 13 Bankruptcy Trustee  
Benjamin Chambliss Esq.  
Nevada Bar No. 11536  
701 Bridger Ave., Ste 820  
Las Vegas, NV 89101  
(702) 853-4500  
RAY13mail@lasvegas13.com

E-Filed: _____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | BK-S-18-11488-MKN<br>Chapter 13 |
|---|---|
| ANGEL LEE BOGAN,<br><br>Debtor. | **ORDER ON TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1307(c)(1), (3) AND (4)**<br><br>Hearing Date: July 12, 2018<br>Hearing Time: 2:00 p.m. |

Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(c)(1), (3) and (4) having come on for hearing in the above-entitled Court on July 12, 2018, at 2:00 p.m., with counsel appearing on behalf of Chapter 13 Bankruptcy Trustee, RICK A. YARNALL, other appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

/ / /

IT IS HEREBY ORDERED that Trustee's Motion is GRANTED and the above captioned bankruptcy proceeding is DISMISSED pursuant to 11 U.S.C. § 1307(c)(1), (3) and (4);

IT IS SO ORDERED.

Submitted by:

_____       Date: _____
Benjamin Chambliss Esq.
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond , as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

_____          Date: _____
An Employee of Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

### ###

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Trustee; that I am over the age of 18 years; and that on the ____ day of June, 2018, I provided a copy of the **Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(c)(1), (3) and (4)** and **Notice of Hearing** to each of the following by:

[ ] a.  **ECF System**:

[X] b.  **United States mail, postage fully prepaid**:

ANGEL LEE BOGAN
3614 HAMMOCK STREET
LAS VEGAS, NV 89147

[ ] c.  **Personal Service**

[ ] d.  **By direct email (as opposed to through the ECF System)**

[ ] e.  **By fax transmission**

/s/ Leah Engel
Leah Engel, an Employee of
RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE